IN THE UNITED STATES
DISTRICT COURT
CENTRAL DISTRICT
OF ILLINOIS
URBANA DIVISION

UNITED STATES         )
OF AMERICA,           )
      Plaintiff,      )
                      )
    vs.                   )
                      )
Forest Ridge Meadows,  )
Limited Partnership    )
    and                )
Mortgage Investors Group, Inc.  )
                      )
      Defendant(s).   )   Case No. CV

## NOTICE OF A SUIT TO FORECLOSE MORTGAGE

The undersigned certifies that the above entitled mortgage foreclosure action was filed on __April 10__, 2007, and is now pending.

(i)     The names of all plaintiffs and the case number are identified above.

(ii)    The court in which said action was brought is identified above.

(iii)   The name(s) of the title holder(s) of record are: Forest Ridge Meadows, Limited Partnership

(iv)   The legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

        Lots 2, 3, 4, 5 and 6 in Lincolnwood Subdivision No. 6, Charleston, Coles County, Illinois

        PIN No. 02-2-14-335-000

(v)     A common address or description of the location of the real estate is as follows:

        2409 Eighth Street, Charleston, Illinois

(vi)   An identification of the mortgage sought to be foreclosed is as follows:

        Name of mortgagor(s):      Forest Ridge Meadows, Limited Partnership

|  |  |
|---|---|
| Name of mortgagee: | United States of America, United States Department of Agriculture Rural Development, formerly Farmers Home Administration |
| Date(s) of mortgage(s): | Exhibit A, September 4, 1986 |
| Date(s) of recording: | Exhibit A, September 4, 1986 |
| County where recorded: | Coles County, Illinois |
| Recording document identification: | Exhibit A, Doc. #485938 Vol. 428, Page 197 |

UNITED STATES OF AMERICA, Plaintiff

Rodger A. Heaton
United States Attorney

PREPARED BY:

By: s/David H.Hoff
David H. Hoff, Bar No. IL 1234072
Assistant United States Attorney
Urbana Federal Bldg. & U.S. Courthouse
201 S. Vine, Ste. 226
Urbana, Illinois 61801
Telephone No. 217-373-5875
Fax No. 217-373-5891
david.hoff@usdoj.gov

This instrument was prepared by David H. Hoff, Assistant U. S. Attorney, Urbana Federal Bldg. & U.S. Courthouse, 201 S. Vine, Ste. 226, Urbana, IL 61801.