E-FILED
Tuesday, 12 June, 2007  02:49:46 PM
Clerk, U.S. District Court, ILCD

☐AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATESDISTRICT COURT

Central _____ District of Illinois _____

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL CASE**

V.

FOREST RIDGE MEADOWS, LIMITED PARTNERSHIP,
AND MORTGAGE INVESTORS GROUP, INC.

CASE NUMBER: 07-2070

TO: (Name and address of Defendant)

David R. Cope, General Partner, Forest Ridge Meadows
% Liberty Group, Inc.
130 Middle Street
Portland, ME 04101-4179

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David H. Hoff
Assistant United States Attorney
Suite 226
201 S. Vine Street
Urbana, IL 61802

an answer to the complaint which is served on you with this summons, within _____ 20 days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

6/12/07
DATE

s/S. Johnson
(BY) DEPUTY CLERK

☐ AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central _____    District of _____ Illinois _____

UNITED STATES OF AMERICA

**SUMMONS IN A CIVIL CASE**

V.

FOREST RIDGE MEADOWS, LIMITED PARTNERSHIP,
AND MORTGAGE INVESTORS GROUP, INC.

CASE NUMBER: 07-2070

TO: (Name and address of Defendant)

Michael A. Liberty, General Partner, Forest Ridge Meadows
% Liberty Group, Inc.
130 Middle Street
Portland, ME 04101-4179

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David H. Hoff
Assistant United States Attorney
Suite 226
201 S. Vine Street
Urbana, IL 61802

an answer to the complaint which is served on you with this summons, within _____ 20 days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk
of this Court within a reasonable period of time after service.

s/John M. Waters _____
CLERK

6/12/07 _____
DATE

s/S. Johnson _____
(BY) DEPUTY CLERK