**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal on the reverse of this form."

E-FILED
Friday, 06 July, 2007 10:38:04 AM
Clerk, U.S. District Court, ILCD

RECEIVED
2007 JUN 18 P 1:08
UNITED STATES MARSHAL
DISTRICT OF MAINE

RECEIVED
JUL - 5 2007
U.S. CLERK'S OFFICE
PEORIA, ILLINOIS

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 07-2070 |
| **DEFENDANT** | **TYPE OF PROCESS** |
| FOREST RIDGE MEADOWS, et al. | Summons & Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Michael A. Liberty, General Partner of Forest Ridge Meadows

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
% Liberty Group, Inc.
130 Middle Street, Portland, ME 04101-4179

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

DAVID H HOFF AUSA
201 S VINE STREET SUITE 226
URBANA IL 61802

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 2 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FILED
JUL - 6 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| /s/ Dan Hoff | | 217/373-5875 | 6/12/07 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 26 | District to Serve No. 36 | Signature of Authorized USMS Deputy or Clerk | Date 6-14-7 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
Sarah Morin

☒ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
same as above

| Date of Service | Time | am/pm |
|---|---|---|
| 6-21-07 | 3:15 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $45.00 | 0 | 3.00 | 48.00 | | $48.00 |

REMARKS:

☐AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central _____ District of   Illinois _____

UNITED STATES OF AMERICA

V.

FOREST RIDGE MEADOWS, LIMITED PARTNERSHIP,
AND MORTGAGE INVESTORS GROUP, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-2070

TO: (Name and address of Defendant)

Michael A. Liberty, General Partner, Forest Ridge Meadows
% Liberty Group, Inc.
130 Middle Street
Portland, ME 04101-4179

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David H. Hoff
Assistant United States Attorney
Suite 226
201 S. Vine Street
Urbana, IL 61802

an answer to the complaint which is served on you with this summons, within _____ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

6/12/07
DATE

s/K. Marsh
(BY) DEPUTY CLERK

☐AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6-21-07 |
| NAME OF SERVER (PRINT) LISA AUNGST | TITLE DUSM |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: Sarah Morin

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | TOTAL | 0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6-21-07
                Date                    Signature of Server

156 Federal St, Portland, ME 04101
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.