☐AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

CENTRAL District of ILLINOIS

UNITED STATES OF AMERICA,

V.

FOREST RIDGE MEADOWS,
limited partnership and MORTGAGE
INVESTORS GROUP

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-2070

TO: (Name and address of Defendant)

Mortgage Investors Group
1645 Palm Beach Lakes Boulevard, Suite 240
West Palm Beach, FL 33401

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David H. Hoff
Assistant United States Attorney
201 S. Vine Street, Suite 226
Urbana, IL 61802

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
CLERK

DATE July 20, 2007

s/S. Johnson
(BY) DEPUTY CLERK