**E-FILED**
Thursday, 04 October, 2007 03:49:18 PM
Clerk, U.S. District Court, ILCD

# U.S. Department of Justice
## United States Marshals Service

### PROCESS RECEIPT AND RETURN
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 07-2070 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| FOREST RIDGE MEADOWS | Summons & Complaint |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Mortgage Investors Group, Inc.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

1645 Palm Beach Lakes Boulevard, Suite 240, West Palm Beach, FL

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

DAVID H HOFF AUSA
201 S VINE STREET SUITE 226
URBANA IL 61802

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

FILED
OCT - 4 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: 217/373-5875    DATE: 7/20/07

---

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 26 | District to Serve No. 04 | Signature of Authorized USMS Deputy or Clerk | Date 7-25-7 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|

| Address (complete only if different than shown above) | Date of Service 9/10/07 | Time | am/pm |
|---|---|---|---|

Signature of U.S. Marshal or Deputy (CLARKE 2886)

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: FWD IN JDIS to 004
8/3 - BAD ADDRESS - NO SUITE 240 IN BLDG 1645. NO MORTGAGE INVESTORS GROUP IN DIRECTORY. DC
8/14 UNABLE TO LOCATE AT (250 Australian) MS
8/21 SUITE #400 contains Metropolitian Health Care MS

PRIOR EDITIONS MAY BE USED    **1. CLERK OF THE COURT**    FORM USM-285 (Rev. 12/15/80)

☐AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____CENTRAL_____ District of _____ILLINOIS_____

UNITED STATES OF AMERICA,

**SUMMONS IN A CIVIL CASE**

V.

FOREST RIDGE MEADOWS,
limited partnership and MORTGAGE
INVESTORS GROUP

CASE NUMBER: 07-2070

TO: (Name and address of Defendant)

Mortgage Investors Group
1645 Palm Beach Lakes Boulevard, Suite 240
West Palm Beach, FL 33401

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David H. Hoff
Assistant United States Attorney
201 S. Vine Street, Suite 226
Urbana, IL 61802

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters

CLERK                                   DATE July 20, 2007

s/ S. Johnson

(By) DEPUTY CLERK