UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 07-2070 |
| | ) |
| FOREST RIDGE MEADOWS, | ) |
| LIMITED PARTNERSHIP, AND | ) |
| MORTGAGE INVESTORS GROUP, | ) |
| INC. | ) |
| | ) |
| Defendants. | ) |

**MOTION TO VOLUNTARILY DISMISS MORTGAGE INVESTORS
GROUP, INC. AS PARTY DEFENDANT**

The United States of America, pursuant to Rule 19 of the Federal Rules of Civil Procedure moves to voluntarily dismiss Mortgage Investors Group, Inc., as a party defendant to this foreclosure proceeding for the reasons explained hereinbelow.

1. The Commitment for Title Insurance issued by Lawyers Title Insurance Corporation effective March 6, 2007, relied upon by the undersigned attorney in preparing and filing this complaint stated as exception 20 that the mortgage interest of the United States being foreclosed upon in this proceeding was subject to an assignment of rents from defendant Forest Ridge Meadows Limited Partnership to defendant Mortgage Investors Group, Inc., filed for record in the Office of the Recorder of Coles County, Illinois on November 7, 1985, in Mortgage Record 657 at Page 251 as Document No. 476652.

2. On November 26, 2007, the undersigned attorney was advised by the above title insurance company that this exception was in error because the mortgage secured by the assignment of rents had been released.

3. Consequently, the defendant Mortgage Investors Group, Inc. has no interest in the real estate that is the subject of this foreclosure proceeding and should be dismissed without prejudice as a party defendant in this case.

4. To date, the undersigned attorney has not been able to either locate or serve Mortgage Investors Group, Inc. with a summons.

5. The Illinois Secretary of State's office shows that there are no records in the database for Mortgage Investors Group, Inc.

6. A search in the same database revealed a corporation in good standing named Mortgage Investor Group, Inc. On October 10, 2007, the undersigned attorney sent a memorandum to Donald C. Stinespring, the registered agent for this company. On October 16, 2007, an employee of Mr. Stinespring's called back and said that Mr. Stinespring recently incorporated Mortgage Investor, Inc., and that the company has no connection with the company named in the recorded assignment of rents.

7. On October 10, 2007, the undersigned attorney also faxed and mailed a memorandum to Fabionick Alexis, the registered agent and CEO for Mortgage Investors Group, Inc. in Florida. On October 23, 2007, Mr. Alexis called the

undersigned attorney and stated that his company was not formed until 1999 and had nothing to do with the company named in the assignment of rents.

8. Defendant Mortgage Investors Group, Inc. has not been served with process either by summons or by publication.

Wherefore, the United States of America moves this Court to voluntarily dismiss without prejudice defendant Mortgage Investors Group, Inc., as a party defendant to this case without the necessity of notice of hearing.

Respectfully submitted this 27th day of November 2007.

                              RODGER A. HEATON
                              UNITED STATES ATTORNEY

BY:   s/David H. Hoff
        DAVID H. HOFF, Bar No. IL 1234072
        Assistant United States Attorney
        201 S. Vine St., Suite 226
        Urbana, IL 61802
        Phone: 217/373-5875
        Fax: 217/373-5891
        david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 27th day of November 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

Forest Ridge Meadows Ltd Partnership
% General Partner David R. Cope
% Liberty Group Inc.
130 Middle Street
Portland, ME 04101-4179

Forest Ridge Meadows Ltd Partnership
% General Partner Michael A. Liberty
% Liberty Group Inc.
130 Middle Street
Portland, ME 04101-4179

Forest Ridge Meadows Ltd Partnership
% Registered Agent Alan H Pollack
69 West Washington, 8th Floor
Chicago IL, 60602

Forest Ridge Meadows Ltd Partnership
% Gottlieb & Schwartz
69 West Washington, 8th Floor
Chicago, IL 60602

    s/David H. Hoff
    DAVID H. HOFF, Bar No. IL 1234072
    Attorney for Plaintiff
    Assistant United States Attorney
    201 S. Vine Street, Suite 226
    Urbana, Illinois 61802
    Phone:  217/373-5875
    Fax: 217/373-5891
    david.hoff@usdoj.gov