UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 07-2070 |
| FOREST RIDGE MEADOWS, ) LIMITED PARTNERSHIP, ) | |
| Defendant. ) | |

### MOTION TO ENTER DEFAULT JUDGMENT OF FORECLOSURE

Plaintiff, UNITED STATES OF AMERICA, moves pursuant to Title 28, United States Code, Section 1345 and 735 ILCS 5/15-1506 of the Illinois Revised Statutes, for judgment by default for the relief prayed for in the Complaint for Foreclosure of Mortgage previously filed by the plaintiff in this cause on April 10, 2007.  In support of this Motion, the United States of America states as follows:

1.  That this Court has jurisdiction of the parties to and the subject matter of this suit.  That the defendant, FOREST RIDGE MEADOWS, LIMITED PARTNERSHIP, was personally served by the U.S. Marshals Service through service on Michael A. Liberty, General Partner, on June 21, 2007.  Rule 4 (h) of the Federal Rules of Civil Procedure provides that unless otherwise directed by federal law, service upon a partnership that is subject to suit under a common name and from which a waiver of service has not been obtained shall be effected by delivering a copy of the summons and complaint to an officer, managing or general agent or to any other agent authorized by law to receive service of process. In addition Rule 4(d) of the Federal Rules of Civil Procedure provides that an association subject to suit under subparagraph (h) and who receives notice of an action has a duty to avoid unnecessary costs of serving the summons. Consequently personal service on one of the general partners of the defendant partnership is sufficient service to obtain sufficient jurisdiction over the defendant for

this court to enter the requested default judgment against said defendant. Despite personal service upon one of the general partners of this defendant, the defendant has not answered or otherwise pleaded to said Complaint filed herein and consequently, is in default for its failure to so appear, answer, or otherwise plead in this cause in the time and in the manner as provided by the Federal Rules of Civil Procedure and the Rules of this Court.

    2.  The material factual allegations stated in said Complaint filed herein were not denied in any responsive pleading.

    3.  The Sworn Affidavit of Costs and the Affidavit of Douglas Wilson, State Director, Rural Development, are attached hereto and incorporated herein.

    WHEREFORE, the UNITED STATES OF AMERICA requests that this Court enter a Default Judgment of Foreclosure against the above-named defendant.

    Respectfully submitted,

    RODGER A. HEATON
    United States Attorney

BY:    s/David H. Hoff
    DAVID H. HOFF, Bar No. 1234027
    Assistant United States Attorney
    Attorney for Plaintiff
    U.S. Attorney's Office
    201 S. Vine Street, Suite 226
    Urbana, Illinois 61802
    Ph.: 217/373-5875
    Fax: 217/373-5891
    david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

    I hereby certify that on the 5th day of December 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

>Michael A. Liberty
>General Partner, Forest Ridge Meadows
>% Liberty Group, Inc.
>130 Middle Street
>Portland, MN 04101-4179

>s/David H. Hoff
>DAVID H. HOFF, Bar No. 1234027
>Assistant United States Attorney
>Attorney for Plaintiff
>U.S. Attorney's Office
>201 S. Vine Street, Suite 226
>Urbana, Illinois 61802
>Ph.: 217/373-5875
>Fax: 217/373-5891
>david.hoff@usdoj.gov

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 07-2070 |
| ) | |
| FOREST RIDGE MEADOWS, ) | |
| LIMITED PARTNERSHIP, ) | |
| ) | |
| Defendant. ) | |

## DECLARATION

DAVID H. HOFF says that he is an Assistant United States Attorney for the Central District of Illinois, and is the attorney for the plaintiff in the above-styled cause, and that he has read the foregoing Motion to Enter Default Judgment of Foreclosure and that the matters and things alleged therein are true.

I declare under penalty of perjury that the foregoing is true and correct. Dated this 5th day of December 2007.

s/David H. Hoff
DAVID H. HOFF, Bar No. 1234027
Assistant United States Attorney
Attorney for Plaintiff
U.S. Attorney's Office
201 S. Vine Street, Suite 226
Urbana, Illinois 61802
Ph.: 217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

E-FILED
Wednesday, 05 December, 2007  10:18:54 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Case No.:   07-2070 |
| | ) | |
| FOREST RIDGE MEADOWS, | ) | |
| LIMITED PARTNERSHIP | ) | |
| | ) | |
| Defendants, | ) | |

### AFFIDAVIT FOR JUDGMENT

The undersigned, having been duly sworn on oath, doth state:

1. The undersigned states that he is the State Director for Rural Development, formerly Farmers Home Administration, FmHA, United States Department of Agriculture and is authorized to make this Affidavit on behalf of plaintiff.

2. The undersigned is familiar with the material allegations contained in the Complaint for Foreclosure filed herein by plaintiff, and said allegations are true.

3. Defendant-mortgagor is in arrears in the payments due plaintiff, as described in said Complaint, in the amount of $1,135,588.61 as of November 28, 2007.

4. As of November 28, 2007, said defendants are indebted to plaintiff in the following amounts under the terms of a loan secured by mortgage described in said Complaint, in addition to plaintiff's attorney fees incurred herein which are to be fixed by this court:

| | |
|---|---|
| Unpaid balance of principal | $1,037,045.66 |
| Unpaid balance of interest | $     98,542.95 |
| Title expenses paid | $ |
| Court Costs paid to date | $         480.00 |
| Total | $1,136,068.61 |
| Daily Accrual | 273.15 |

5. To the best of the knowledge, information and belief of the undersigned, defendants herein are not now on active duty with the military forces of the United States or Allied Nations.

## CERTIFICATION

    Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein states to be an information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_____
DOUGLAS WILSON
State Director

## ACKNOWLEDGEMENT

Subscribed and sworn to before me, a notary, this 28th day of November, 2007.

My commission expires:    April 4, 2011        _____
Donna M. Wiltshire, Notary

OFFICIAL SEAL
DONNA M. WILTSHIRE
Notary Public - State of Illinois
My Commission Expires Apr 04, 2011