**E-FILED**
Wednesday, 05 December, 2007  10:27:13 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 07-2070 |
| ) | |
| FOREST RIDGE MEADOWS, ) | |
| LIMITED PARTNERSHIP, ) | |
| ) | |
| Defendants. ) | |

NOTICE OF HEARING

PLEASE TAKE NOTICE that we will appear on the 20th day of December 2007, at 9:30 A.M., or as soon thereafter as the matter may be heard, before the Honorable Harold A. Baker, in the United States District Court, Court Room B, 201 S. Vine Street, Urbana, Illinois, and will call for hearing on Motion to Enter Default Judgment of Foreclosure and you may be present at said time if you so desire.

DATED this 5th day December 2007.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:    s/David H. Hoff
DAVID H. HOFF, Bar No. 1234072
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone:  217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

CERTIFICATE OF SERVICE


       I hereby certify that on the 5th day of December 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

>Michael A. Liberty
>General Partner, Forest Ridge Meadows
>% Liberty Group, Inc.
>130 Middle Street
>Portland, MN 04101-4179


>s/ David H. Hoff
>DAVID H. HOFF
>United States Attorney
>201 S. Vine Street, Suite 226
>Urbana, Illinois 61802
>Phone:  217/373-5875
>Fax: 217/373-5891
>david.hoff@usdoj.gov