UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 07-2070 |
| ) | |
| FOREST RIDGE MEADOWS, ) | |
| LIMITED PARTNERSHIP, ) | |
| ) | |
| Defendants. ) | |

AMENDED NOTICE OF HEARING

PLEASE TAKE NOTICE that we will appear on the 24th day of January 2008, at 1:30 P.M., or as soon thereafter as the matter may be heard, before the Honorable Harold A. Baker, in the United States District Court, Court Room B, 201 S. Vine Street, Urbana, Illinois, and will call for hearing on Motion to Enter Default Judgment of Foreclosure and you may be present at said time if you so desire.

DATED this 5th day December 2007.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

BY:   s/David H. Hoff
DAVID H. HOFF, Bar No. 1234072
United States Attorney
201 S. Vine St., Suite 226
Urbana, IL 61802
Phone:  217/373-5875
Fax: 217/373-5891
david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 5th day of December 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

      Michael A. Liberty
      General Partner, Forest Ridge Meadows
      % Liberty Group, Inc.
      130 Middle Street
      Portland, MN 04101-4179

      s/ David H. Hoff
      DAVID H. HOFF
      United States Attorney
      201 S. Vine Street, Suite 226
      Urbana, Illinois 61802
      Phone:  217/373-5875
      Fax: 217/373-5891
      david.hoff@usdoj.gov