# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**UNITED STATES OF AMERICA,**
        **Plaintiff,**

    vs.                  Case Number: **07-2070**

**FOREST RIDGE MEADOWS LIMITED PARTNERSHIP,**
        **Defendants.**

☐ **DECISION BY THE COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that default judgment of foreclosure is entered against the defendant. Case is terminated.

ENTER this 24th day of January, 2008.

s/Pamela E. Robinson, Clerk
_____
PAMELA E. ROBINSON, CLERK

s/ S. Johnson, Deputy Clerk
_____
BY: DEPUTY CLERK