E-FILED
Friday, 25 January, 2008  08:18:33 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>   Plaintiff, )<br>  )<br>vs. ) | Case No. 07-2070 |
|  )<br>FOREST RIDGE MEADOWS, )<br>LIMITED PARTNERSHIP, )<br>  )<br>   Defendant. ) | |

NOTICE OF ENTRY OF DEFAULT ORDER

You, FOREST RIDGE MEADOWS LIMITED PARTNERSHIP, the above-named defendant, are hereby advised pursuant to 735 ILCS 5/2-1302 that on the 24th day of January 2008, United States District Judge Michael P. McCuskey entered an Order of Default against you.  The title of this lawsuit is United States of America v. Forest Ridge Meadows Limited Partnership.  The Court No. is Civil No. 07-2070 filed in the Office of the Clerk of the United States District Court for the Central District of Illinois.  The date of entry of said Order of Default against you is: January 24, 2008.  Notice of Right to Redeem:  You may redeem the property within the time and in the manner provided by law.  In this case, the United States has requested that time for redemption be shortened because (i) the value of the mortgaged real estate as of the date of the entry of the judgment was less than ninety percent (90%) of the amount specified pursuant to the Code of Civil Procedure, Chapter 11, Section 15-1603(d); and (ii) the mortgagee waives any and all rights to a personal judgment for a deficiency against the mortgagor and

against all other persons liable for the indebtedness or other obligations secured by the mortgage.

                                        Respectfully submitted,

                                        RODGER A. HEATON  
                                        United States Attorney

BY:    s/David H. Hoff  
        DAVID H. HOFF, Bar No. 1234027  
        Assistant United States Attorney  
        Attorney for Plaintiff  
        U.S. Attorney's Office  
        201 S. Vine Street, Suite 226  
        Urbana, Illinois 61802  
        Ph.: 217/373-5875  
        Fax: 217/373-5891  
        david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

  I hereby certify that on the 25th day of January 2008, I electronically filed the Notice of Entry of Default Order with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

  Michael A. Liberty
  General Partner, Forest Ridge Meadows
  % Liberty Group, Inc.
  130 Middle Street
  Portland, MN 04101-4179


        s/ David H. Hoff
        DAVID H. HOFF
        United States Attorney
        201 S. Vine Street, Suite 226
        Urbana, Illinois 61802
        Phone:  217/373-5875
        Fax: 217/373-5891
        david.hoff@usdoj.gov