# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## AMENDED JUDGMENT IN A CIVIL CASE

**UNITED STATES OF AMERICA,**
          **Plaintiff,**

                    vs.                                            Case Number:   **07-2070**

**FOREST RIDGE MEADOWS et al.,**
          **Defendants.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**  that defendant Mortgage Investors Group, Inc was dismissed on November 30, 2007.

   **IT IS FURTHER ORDERED AND ADJUDGED** that default judgment of foreclosure was entered against defendant Forest Ridge Meadows, Limited Partnership on January 24, 2008.

                    ENTER this 25th day of January, 2008.


                    s/Pamela E. Robinson, Clerk
                    _____
                    PAMELA E. ROBINSON, CLERK


                    s/S. Johnson
                    _____
                              BY:  DEPUTY CLERK