UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 07-2070 |
| ) | |
| FOREST RIDGE MEADOWS, ) | |
| LIMITED PARTNERSHIP, ) | |
| ) | |
| Defendants. ) | |

**CERTIFICATE OF SERVICE OF**
**<u>NOTICE OF MARSHAL'S SALE</u>**

I hereby certify that on the 6th day of March 2008, I electronically filed the Notice of Marshals Sale with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    Michael A. Liberty
    General Partner, Forest Ridge Meadows
    % Liberty Group, Inc.
    130 Middle Street
    Portland, MN 04101-4179

    s/David H. Hoff
    DAVID H. HOFF, Bar No. 1234072
    Assistant United States Attorney
    201 S. Vine Street, Suite 226
    Urbana, Illinois 61802
    Phone:  217/373-5875
    Fax: 217/373-5891
    david.hoff@usdoj.gov