Deliver to: ASST US ATTORNEY
07-2070 Forest Ridg
INSERTIONS:
FIRST: March 12, 2008
Second: March 19, 2008
Third: March 26, 2008
Fourth: April 2, 2008
Cause: PUBLIC NOTICE
Legal No: 20137130
Amount: $801.66

## Certificate of Publication
## State of Illinois   Coles County

LEE PUBLICATIONS, INC., a subsidiary of Lee Enterprises, corporation, and publisher of the JOURNAL GAZETTE & TIMES-C( secular newspapers of general circulation in said County, printed ar in the County and State aforesaid, hereby certifies that a notice, of annexed notice is a true copy, has been published THREE different THREE successive WEEKS in the said JOURNAL GAZETTE & TIM COURIER, that is to say in each and every copy thereof; printed an on the following respective dates, to-wit:

The 12th day of March, 2008
The 19th day of March, 2008
The 26th day of March, 2008
The 2nd day of April, 2008

It further certifies that said JOURNAL GAZETTE & TIMES-COURIE regularly published for at least one year prior to the first publication notice.

In Witness Where
of, the said LEE PUBLICATIONS, INC., publisher of aforesaid has caused its corporate name to be hereunto signed by its authorized 2nd day of April, 2008.

LEE PUBLICATION

By _Karen Lee_

---

UNITED STATES OF AMERICA,
Plaintiff,
vs.
FOREST RIDGE MEADOWS,
LIMITED PARTNERSHIP,
Defendant.

Case No. 07-2070

**NOTICE OF MARSHAL'S SALE**

PUBLIC NOTICE is hereby given that pursuant to a judgment of foreclosure entered by the court in the above-entitled cause, the property hereinafter described or so much thereof as shall be sufficient to satisfy said judgment, will be sold to the highest bidder.

1. The name, address and telephone number of the person to contact for information regarding the real estate is:

Dan Jensen, Rural Development Specialist
2701 S. Banker Street, Suite 103A
Effingham, IL 62401
Telephone No: 217-347-7107, Ext. 5

2. The common address and other common description, if any, of the real estate is:

2409 Eighth Street,
Charleston, Illinois 61920

3. The legal description of the real estate is:

Lots Two (2), Three (3), Four (4), Five (5), and Six (6) in Lincolnwood Subdivision No. 6, Charleston, Coles County, Illinois.

4. The real estate may be inspected prior to sale at the following times:

(Available for inspection during business hours upon reasonable advance notice to the county office listed above.)

5. The time and place of the sale are:

10:00 A.M. April 10, 2008, Inside the Coles County Courthouse, Charleston, Illinois.

6. The terms of the sale are:

10% of purchase price payable at time and place of sale by certified check. Balance to be paid by certified check received by the United States Marshal, 100 N.E. Monroe, Room 264, Peoria, Illinois 61602, within thirty (30) days of date of said sale. If the balance is not received within said time period, the 10% payment made at time of sale shall be forfeited to the United States, the sale shall be void and a new sale shall be scheduled by the Court.

7. Title will be conveyed subject to all general real estate taxes for the years 2007 and thereafter to be paid by buyer(s), which are a lien upon the real estate, and special assessments, if any, and easements and restrictions of record. Buyer(s) shall also be responsible for payment of the real estate transfer tax (35 ILCS 200-31-45).

8. Said property is being sold at this judicial sale "AS IS" WITHOUT ANY WARRANTIES OF HABITABILITY OR ANY OTHER WARRANTIES, EITHER EXPRESS OR IMPLIED.

9. Upon receipt of the entire purchase price amount, a Certificate