UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 07-2070 |
| | ) |
| FOREST RIDGE MEADOWS, | ) |
| LIMITED PARTNERSHIP, | ) |
| | ) |
| Defendant. | ) |

NOTICE OF HEARING

PLEASE TAKE NOTICE that we will appear on the 4th day of June 2008, at 10:00 A.M., or as soon thereafter as the matter may be heard, before the Honorable Harold A. Baker, in the United States District Court, Court Room B, 201 S. Vine Street, Urbana, Illinois, and will call for hearing on United States Marshal's Report of Sale, a copy of which is attached hereto, and you may be present at said time if you so desire.

DATED this 14th day May 2008.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY


BY:   s/David H. Hoff
      DAVID H. HOFF, Bar No. 1234027
      Assistant United States Attorney
      201 S. Vine Street, Suite 226
      Urbana, Illinois 61802
      Ph.:  217/373-5875
      Fax: 217/373-5891
      david.hoff@usdoj.gov

CERTIFICATE OF SERVICE

      I hereby certify that on the 14th day of May 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

    Michael A. Liberty
    General Partner, Forest Ridge Meadows
    % Liberty Group, Inc.
    130 Middle Street
    Portland, ME 04101-4179

    Unique Properties, Inc.
    2402 S. 18th Street
    Charleston, IL 61920

                                               s/David H. Hoff
                                               DAVID H. HOFF, Bar No. 1234027
                                               Assistant United States Attorney
                                               201 S. Vine Street, Suite 226
                                               Urbana, Illinois 61802
                                               Ph.: 217/373-5875
                                               Fax: 217/373-5891
                                               david.hoff@usdoj.gov