**E-FILED**
Wednesday, 04 June, 2008  02:18:41 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 07-2070 |
| | ) | |
| FOREST RIDGE MEADOWS, | ) | |
| LIMITED PARTNERSHIP, | ) | |
| | ) | |
| Defendant. | ) | |

### DECREE CONFIRMING UNITED STATES MARSHAL'S REPORT OF SALE

This day comes the United States Marshal appointed by the Court herein to make sale and to carry into effect the said former Decree, and makes report of his proceedings and the Court having duly examined the same, finds that the United States Marshal has in every respect proceeded in accordance with the terms of said Decree, and that the sale was fairly made, and the Court being fully advised in the premises finds;

1.  A notice required in accordance with 735 ILCS 15-1507(c)(2)(B) and 28 U.S.C. § 2002 was given.

2.  The terms of sale were fair and not unconscionable.

3.  The sale was conducted fairly and without fraud.

4.  Justice was done by the sale.

5.  All redemption and reinstatement periods have expired without redemption or reinstatement having been made.

6.  This Court obtained personal jurisdiction over the

IT IS THEREFORE ORDERED:

A.  That the report of the sale by the United States Marshal is approved and the sale is confirmed.

B.  That there is no deficiency judgment ordered in favor of the Plaintiff.

C.  The United States Marshal is directed to forthwith issue a deed to the holder of the Certificate of Sale, sufficient to convey title pursuant to 735 ILCS l5-l509(a).

D.  The holder of the certificate of sale or deed issued pursuant to the Certificate shall be entitled to possession of the above-described real estate on the 31st day after entry of this order.

E.  That there is no just reason to delay enforcement of or appeal from this final order.

ENTER this 4th day of June, 2008.

**s/Harold A. Baker**

_____
HAROLD A. BAKER
United States District Judge

2