UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 07-2070 |
| | ) |
| FOREST RIDGE MEADOWS, | ) |
| LIMITED PARTNERSHIP, | ) |
| | ) |
| Defendant. | ) |

RELEASE OF NOTICE OF FORECLOSURE

Release is hereby given of the Notice of Foreclosure filed in the United States District Court, Central District of Illinois, on April 11, 2007, and recorded in the Recorder's Office in Coles County, Illinois, on April 13, 2007, as Document No. 0698281, which Notice of Foreclosure stated as follows:

The undersigned certifies that the above entitled mortgage foreclosure action was filed on April 10, 2007, and is now pending.

(i)  The names of all plaintiffs and the case number are identified above.

(ii)  The court in which said action was brought is identified above.

(iii)  The name of the title holder of record is: Forest Ridge Meadows, Limited Partnership

(iv)  A legal description of the real estate sufficient to identify it with reasonable certainty is as follows:

> Lots 2, 3, 4, 5 and 6 in Lincolnwood Subdivision No. 6, Charleston, Coles County, Illinois.
>
> PIN No. 02-2-14-335-000

(v)  A common address or description of the location of the real estate is as follows:

> 2409 Eighth Street, Charleston, Illinois

  (vi) An identification of the mortgage sought to be foreclosed is as follows:

| | |
|---|---|
| Name of Mortgagor: | Forest Ridge Meadows, Limited Partnership |
| Name of mortgagee: | United States of America acting through United States Department of Agriculture, Rural Development, formerly Farmers Home Administration |
| Date of mortgage: | Exhibit A, September 4, 1986 |
| Date of recording: | Exhibit A, September 4, 1986 |
| County where recorded: | Coles County, Illinois |
| Recording document identification: | Exhibit A, Doc. #485938 Vol. 428, Page 197 |

    Respectfully submitted,

    RODGER A. HEATON
    UNITED STATES ATTORNEY


  BY: s/David H. Hoff
    DAVID H. HOFF, Bar No. IL 1234072
    United States Attorney
    201 S. Vine St., Suite 226
    Urbana, IL 61802
    Phone: 217/373-5875
    Fax: 217/373-5891
    david.hoff@usdoj.gov

This instrument was prepared by David H. Hoff, Assistant United States Attorney, 201 S. Vine, Urbana, IL 61802.